PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** John Marrone  **Docket Number:** 92-00171-006
**PACTS Number:** 3790

**Name of Sentencing Judicial Officer:**  THE HONORABLE MARYANNE TRUMP BARRY
**Reassigned Judicial Officer:**  TO BE ASSIGNED

**Date of Original Sentence:** 11/23/93

**Original Offense:** Count 1: Rico Conspiracy; Count 2 RICO; Count 7: Illegal Gambling Business; Counts 10,12, 13, and 21: Use of Communication Facility in Aid of Racketeering

**Original Sentence:** 293 Months Imprisonment followed by 36 Months of Supervised Release

**Special Conditions:** None

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/24/13

**Assistant U.S. Attorney:** Leah Farrell, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John Whipple, 9 Campus Drive, Parsippany, New Jersey 07054

## PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On June 1, 2016, the offender purchased a firearm from an undercover law enforcement officer for $150 in Weeki Wachee, Florida. He was subsequently arrested and charged with Felon in Possession of a Firearm in the U.S. District Court for the Middle District of Florida, Tampa, Florida, under Docket No. 8:16-mj-1362-JSS. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
Sr. U.S. Probation Officer
Date: 06/06/2016

Prob 12C – page 2
John Marrone

THE COURT ORDERS:

☒ The Issuance of a Warrant
☐ The Issuance of a Summons. Date of Hearing: _____.
☐ No Action
☐ Other

_____
Signature of Judicial Officer

_____
Date